

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00233-CV

JAY H. COHEN, INDIVIDUALLY AND AS TRUSTEE OF THE JHC TRUSTS I AND II, Appellant

V.

NEWBISS PROPERTY, LP, Appellee

Appeal from the 234th District Court of Harris County.   (Tr. Ct. No. 2010-20973A).

This case is an appeal from the final judgment signed by the trial court on February 8, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Jay H. Cohen, Individually and as Trustee of the JHC Trusts I and II, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February, 26, 2015.

Panel consists of Chief Justice Radack and Justices Massengale and Huddle. Opinion delivered by Chief Justice Radack.